UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: Joyce Fields<br>XXX-XX-8391<br><br>DEBTORS. | )<br>)<br>)<br>) | CASE NO.: 17-82829-JAC-13<br><br>CHAPTER: 13 |

## AMENDMENT TO PLAN

**COMES NOW,** the Debtor by and through her attorney, Jeffrey B. Irby and moves to amend her Plan, reflecting corrected information, by substituting the attached Plan for the one previously filed.

Respectfully submitted,

/s/: Joyce Fields
**Joyce Fields**

*/s/: Jeffrey B. Irby*
Jeffrey B. Irby
Attorney for Debtor
JEFFREY B. IRBY, P.C.
300 Clinton Ave West Ste 23
Huntsville, AL 35801
Phone: (256) 517-1505
Fax: (256) 517-1521

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon **Michelle T Hatcher, Chapter 13 Trustee and all creditors on the attached matrix,** by depositing a copy of the same in the United States mail properly addressed and first class postage prepaid on this the 6th day of November 2017.

*/s/: Jeffrey B. Irby*
Jeffrey B. Irby

Form Number LR 3015-1 A (12/15)

## AMENDED Chapter 13 Plan

Case No.: 17-82829

Debtor(s): Joyce Fields _____ SS#:xxx-xx-8391 _____ Net Monthly Earnings: $2707.55

_____ SS#: _____ Number of Dependents: 1

I. Plan Payments:

( ) Debtor(s) proposes to pay a periodic payment of $_____ **X monthly** into the plan; or

( X ) Payroll deduction order: To Noland Health for $300.00 **monthly**.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $18,000.00

X Chapter 13 case filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NA |  |  | * |

B. Total Attorney Fee: $3000.00 _____ ; $224.00 paid pre-petition;

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| NA |  | I by Trustee<br>X by Debtor- | NA |  |  |  | NA |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Y |
|---|---|---|---|---|---|---|---|---|
| Aarons | $15.00 | $500.00 | $500.00 | NA | Bedroom Suite | No more than 5.25% | $12.00 | * |
| Flagship Credit | $120.00 | $11984.00 | $10425.00 | $1559.00 | 2014 Nissan Sentra | No more than 5.25% | $268.00 | * |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| NA |  |  |  |  |

IV. Special Provisions

X This is an Amended Plan replacing that dated 9/21/2017.

X This plan proposes to pay unsecured creditors pro-rata %.

X Other provisions 1. All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments. 2. All secured claims shall be paid as noted in Section 1 or until said claim is paid in full. Claims distribution will be subject to modification after bar date review. 3. From the Plan payments received, the Trustee shall first pay any administrative costs, except attorney fees. From the remaining balance, the required adequate protection payment(s) shall be paid at the earliest times possible, with the balance going toward paying attorney fees until paid in full. When these cost have been Paid, the Trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro rata to properly filed unsecured claims. 4. Student loans to be paid pro-rata with other unsecured creditors. 5. Debtor surrenders Kirby Vacuum Cleaner to United Consumer Financial Services/Bass & Associates for the debt.

Name/Address/Telephone/Attorney for Debtor(s):        Dated: 11/6/17

Jeffrey B. Irby
300 Clinton Ave W Ste 23
Huntsville, AL 35801
256-517-1505 fax 256-517-1521            /s/:Joyce Fields
                                         Signature of Debtor

Label Matrix for local noticing
1126-8
Case 17-82829-CRJ13
NORTHERN DISTRICT OF ALABAMA
Decatur
Fri Sep 22 15:16:16 CDT 2017

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

Aaron's Inc.
Po Box 102746
Atlanta, GA 30368-2746

Aarons
1804 2nd Ave SW
Cullman, AL 35055-5320

Aarons Rent to Own
2800 Canton Road, Ste 900
Marietta, GA 30066-5477

Aes/educn Sr
Po Box 61047
Harrisburg, PA 17106-1047

Alliance Collection Service, Inc
PO Box 49
Tupelo, MS 38802-0049

AmSher Collection Srv
4524 Southlake Parkway
Suite 15
Hoover, AL 35244-3271

Capital One
Attn: Bankruptcy
PO Box 30253
Salt Lake City, UT 84130-0253

Cardworks/CW Nexus
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804-9001

Covington Credit
1400 2nd Ave NW
Cullman, AL 35055-1705

Covington Credit
Po Box 1947
Greenville SC 29602-1947

Covington Credit/smc
150 Executive Center Drive
Greenville, SC 29615-4505

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Rd
Jacksonville, FL 32256-7412

EdFinancial Services
Attn: Bankruptcy Department
298 N Seven Oaks Dr
Knoxville, TN 37922-2369

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Flagship Credit Acceptance
PO Box 965
Chadds Ford, PA 19317-0643

Hannah E Faulkner, Attorney
2012 Berryhill Rd
Montgomery, AL 36117-3599

Jh Portfolio Debt Equities LLc
5757 Phantom Dr Ste 225
Hazelwood, MO 63042-2429

LVNV Funding/Resurgent Capital
PO Box 10497
Greenville, SC 29603-0497

Midnight Velvet
Swiss Colony/Midnight Velvet
1112 7th Ave
Monroe, WI 53566-1364

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes-Barr, PA 18773-9500

Online Collections
PO Box 1489
Winterville, NC 28590-1489

Plaza Services, Llc
110 Hammond Dr
Ste 110
Atlanta, GA 30328-4806

Regional Finance
1710 2nd Avenue SW Suite 5
Cullman, AL 35055-5337

United Consumer Financial Services
865 Bassett Rd
Westlake, OH 44145-1194

Verizon
Verizon Wireless Bankruptcy Administrati
500 Tecnolgy Dr Ste 500
Weldon Springs, MO 63304-2225

Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909-1156

Jeffrey B. Irby
Jeffrey B. Irby, P.C.
300 Clinton Ave W, Ste 23
Huntsville, AL 35801-5590

Joyce Fields
385 Twitty Lane
Hanceville, AL 35077-2542

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602-2388

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30