THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Joyce Fields ) | CASE NO.: 17-82829-JAC-13 | |
| | XXX-XX-8391 ) | | |
| | ) | CHAPTER: 13 | |
| | DEBTORS. ) | | |

**AMENDED OBJECTION TO PROOF OF CLAIM**
**AND NOTICE OF OPPORTUNITY FOR HEARING**

**COMES NOW** the above-named Debtor, by and through her attorney of record, Jeffrey B. Irby, and objects to the Claim number 11 of United Consumer Finance Services, filed on October 27, 2017 in the amount of $3041.40 with interest accruing 0%. The grounds alleged for the Objection is that the debtor will surrendered her interest in the collateral.

**WHEREFORE**, Debtor move this Court to disallow the balance United Consumer Finance Services claim and that claimant be granted 60 days leave to file a deficiency claim from the date of the Order.

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY IS SERVED ON THE PARTY FILING THIS OBJECTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE OBJECTION TO PROOF OF CLAIM AS TO INTEREST SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, IT WILL BE SET FOR HEARING BEFORE THE JUDGE.

/s/: Jeffrey B. Irby
Jeffrey B. Irby
Attorney for the Debtor
JEFFREY B. IRBY, P.C.
300 Clinton Ave West Ste 23
Huntsville, AL 35801
Phone: (256) 517-1505

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing Debtor's Objection To Claim to the parties listed below by placing a copy of same in the United States mail, properly addressed, first class postage prepaid to Michele T Hatcher, Chapter 13 Trustee and United Consumer Finance Services, c/o Bass & Associates ATTN: Christina Caballero, 3936 E Ft. Lowell Rd Ste #200, Tucson, AZ 85712, on this the 7th day of November 2017.

/s/: Jeffrey B. Irby
Jeffrey B. Irby